# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Elissa Herzog Motelson,<br><br><br>Plaintiff,<br><br>v.<br><br>Bristol-Myers Squibb Company, Otsuka Pharmaceutical Co., Ltd., and Otsuka America Pharmaceutical, Inc., Defendants. | Case No. 3:16-md-2734<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones<br><br><br>Short Form Complaint<br>and Jury Demand |

## MASTER SHORT FORM COMPLAINT AND JURY DEMAND

Plaintiffs incorporate by reference Plaintiffs' Master Long Form Complaint and Jury Demand filed in *In Re: Abilify® Products Liability Litigation* in the United States District Court for the Northern District of Florida, filed as No. 108-1 on the Master Docket. Pursuant to Case Management Order No.1, the following Short Form Complaint encompasses Plaintiffs' claims as adopted from the Master Long Form Complaint in the above-captioned action.

Plaintiffs select and indicate by checking boxes where requested, parties and claims specific to this case. As necessary, Plaintiffs include: (a) additional claims against the Defendant(s) listed in paragraph 1, which are set forth in paragraph 10, and the supporting facts for which are alleged in paragraph 11 or on an additional sheet attached to this Complaint, and/or (b) claims pleaded against additional defendants not listed in the Master Long Form Complaint, which are set forth in paragraph 12 and the supporting facts for which are alleged in paragraph 12 or on an additional sheet attached to this Complaint.

Plaintiffs, by and through counsel, allege as follows:

**I.      DEFENDANTS**

1. Plaintiffs name the following Defendants in this action [check only those that apply]:

☑   Bristol-Myers Squibb Company

☑   Otsuka Pharmaceutical Co., Ltd.

☑   Otsuka America Pharmaceutical, Inc.

**II.     PLAINTIFFS**

2. Plaintiff(s):  Elissa Herzog Motelson

3. Plaintiff's Spouse (if applicable): _____

    4.    Other Plaintiff and capacity, if applicable (*i.e.,* administrator, executor, guardian, conservator, etc.): _____

    5.    Plaintiff's State of Residence:  Pennsylvania

    6.    Identify the United States District Court and Division in which venue would be proper absent direct filing:  Middle District of Pennsylvania

### III. ABILIFY® INGESTION

    7.    Plaintiff ingested Abilify® from approximately 4/2010 until 4/2014.

    8.    Plaintiff alleges that Abilify® was ingested in the following state(s): Pennsylvania.

### IV. INJURIES

    9.    Plaintiff alleges the following injury(ies) as a result of Abilify® usage:

> The injurious impact of Abilify on Plaintiff's brain constitutes a physical injury. As a result of Abilify use, Plaintiff Elissa Herzog Motelson has incurred past and future noneconomic damages, including physical injury, and mental pain and suffering, disability, mental and physical impairment, loss of reputation and social stigma, and loss of enjoyment of life. Plaintiff has also incurred past and future economic damages including lost income, lost profits, loss of earning capacity, loss of use of property, and other damages to be determined through discovery and at trial.

## V. CLAIMS/COUNTS

10. The following claims asserted in the Master Long Form Complaint, and the allegations with regard thereto in the Master Long Form Complaint, are adopted in this Short Form Complaint by reference:

- ☑ Count I – STRICT LIABILITY
- ☑ Count II – BREACH OF EXPRESS WARRANTY
- ☑ Count III – BREACH OF IMPLIED WARRANTY
- ☑ Count IV – NEGLIGENCE
- ☑ Count V – NEGLIGENCE PER SE
- ☑ Count VI – NEGLIGENT MISREPRESENTATION
- ☑ Count VII – VIOLATION OF CONSUMER PROTECTION LAWS, SPECIFICALLY: Pennsylvania Unfair Trade Practices and Consumer Protection Law 73 Pa.Stat. Ann. §201-1 et seq.
- ☑ Count VIII – FRAUDULENT CONCEALMENT
- ☐ Count IX – LOSS OF CONSORTIUM
- ☑ Count X – PUNITIVE DAMAGES
- ☐ Count XI – OTHERS [Specify below]

11. If additional claims against the Defendants identified in the Master Long Form Complaint are alleged in paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff asserts the following factual allegations against the Defendants identified in the Master Long Form Complaint:

> Plaintiff restates and incorporates the factual allegations as pleaded in the Master Long Form Complaint, and reserves her right to seek leave to amend her Complaint as additional facts and evidence are discovered.

12. Plaintiffs assert the following additional claims and factual allegations against other Defendants (must name defendant and its alleged citizenship):

> Plaintiff reserves her right to seek leave to amend her Complaint as additional facts and evidence are discovered.

**WHEREFORE,** Plaintiffs pray for relief as set forth in the Plaintiffs' Master Long Form Complaint in *In Re: Abilify® Products Liability Litigation* in the United States District Court for the Northern District of Florida.

Dated: 04/16/2018

/s/Christopher G. Paulos
Troy A. Rafferty
Florida Bar No. 024120
Christopher G. Paulos
Florida Bar No. 91579
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 S. Baylen Street
Pensacola, Florida 32502
850-435-7067
trafferty@levinlaw.com
cpaulos@levinlaw.com

*Attorney for Plaintiff*